IN THE DISTRICT COURT, COUNTY OF OKLAHOMA, STATE OF OKLAHOMA

**Bradley Ammerman**
_____Plaintiff

120 E 5th Street, Arcadia, OK 73007
_____Address

405-414-3338
_____Phone

vs.

**JPMCB Card Services**
_____Defendant

Small Claims No._____

**AFFIDAVIT**

STATE OF OKLAHOMA    }
                     }SS
COUNTY OF OKLAHOMA   }

__**Bradley Drew Ammerman**__ being duly sworn, deposes and says:

That the defendant resides at _____ N/A _____

in the above named county, and that the mailing address of the defendant is __Mail Code LA4-7100__
__700 Kansas Lane, Monroe, LA 71203__

That the defendant is indebted to the plaintiff in the sum of $ 1,000 for __consumer protection afforded by__
__FCRA § 623 - I disputed alleged debt and defendant failed to report dispute to credit bureaus__

that the plaintiff has demanded payment of the said sum, but the defendant refused to pay the same and no part of the amount sued for has

been paid. __Re: Account # 426684174003440R__

That the defendant is wrongfully in possession of certain personal property described as _____

_____

that the value of said personal property is $_____, that the plaintiff is entitled to possession thereof and has demanded that the

defendant relinquish possession of said personal property, but that defendant wholly refuses to do so.

**THE PLAINTIFF ACKNOWLEDGES HE/SHE IS DISCLAIMING A RIGHT TO A TRIAL BY JURY ON THE MERITS OF THE CASE.**

X _____

Subscribed and sworn to before me this __11__ day of __April__ ,20 25

RICK WARREN COURT CLERK

My Commission Expires:

_____

By: _____
Deputy or Judge – Notary Public

**ORDER**

The people of the State of Oklahoma, to the within - named defendant:
You are hereby directed to appear and answer the foregoing claim and have with you all books, papers and witnesses needed by you to establish your defense to said claim.
This matter shall be heard at the Oklahoma County Court House, 321 Park Avenue, in Oklahoma City, Oklahoma County, State of Oklahoma, at the hour of __8:30A__ o'clock of the __3rd__ day of __June__ , 20 25 . And you are further notified that in case you do not so appear, judgment will be given against you as follows: for the amount of said claim as it is stated in said affidavit, or for possession of the personal property described in said affidavit. And, in addition, for costs of the action (including attorney fees where provided by law), including costs of service of the order.

WHITE – COURT CLERK'S OFFICE           Holman 626
YELLOW – SERVICE COPY
PINK – RETURN OF SERVICE COPY
GOLD – PLAINTIFF'S COPY

Dated this __11__ day of __April__ 20 ___
RICK WARREN COURT CLERK

By: _____
Deputy or Judge – Notary Public